CV 13-5782

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ALEXANDER LIVINGSTON, as Adminstrator of the Estate of KYAM LIVINGSTON, deceased, and ALEXANDER LIVINGSTON, individually <br><br> *Plaintiff* <br><br> v. <br><br> CITY OF NEW YORK, CHIEF OF DEPARTMENT PHILIP BANKS, III, COMMISSIONER DORA B. SCHRIRO, NEW YORK CITY HEALTH AND HOSPITAL CORPORATION, POLICE OFFICERS JOHN DOE 1 AND 2, CORRECTIONS OFFICER JANE DOE <br><br> *DefendantS* | MAUSKOPF, J. <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CITY OF NEW YORK
100 Church Street, 4th Floor
New York, NY 10007

Commissioner Dora B. Schriro
75-20 Astoria Blvd
East Elmhurst., N.Y., 11370

Chief of Department Philip Banks, III
1 Police Plaza
New York, NY, 10038

New York City Health &Hospitals Corp.
125 Worth Street
New York, N.Y. 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Taub Law Firm, P.C.
14 Penn Plaza, Suite 2105
New York, N.Y. 10122
Phone:  (646) 484-5020
Fax:    (646) 429-9806

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/22/2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*